United States Court of Appeals
Fifth Circuit

**F I L E D**

**March 27, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-60075
Summary Calendar

SOHAIL MOHAMMAD SYED,

                                        Petitioner,

versus

ALBERTO R. GONZALES, U. S. ATTORNEY GENERAL,

                                        Respondent.

---------------------
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A97 188 207
---------------------

Before HIGGINBOTHAM, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:*

    Sohail Mohammad Syed petitions for review of the Board of
Immigration Appeals' ("BIA") decision denying his application for
asylum, withholding of removal, and relief under the Convention
Against Torture ("CAT").  This court lacks jurisdiction to
consider the denial of Syed's application for asylum because the
BIA denied the application as untimely.  8 U.S.C. § 1158(a)(3).

    Syed does not challenge the adverse credibility finding
which formed the basis for the denial of his applications for

---

    * Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

withholding of removal and protection under the Convention

Against Torture (CAT).  He has therefore abandoned any such

challenge.  <u>Yohey v. Collins</u>, 985 F.2d 222, 224-25 (5th Cir.

1993); <u>see</u> <u>also</u> <u>Soadjede v. Ashcroft</u>, 324 F.3d 830, 833 (5th Cir.

2003).

PETITION DISMISSED FOR LACK OF JURISDICTION.